**FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



CV 03 5604

Christopher Tirado, I.D. #D-08346,
Plaintiff

-against-

Greg Deboers, Sean "Last Name Unknown",
Diego Rivera, "The Commander of the Special
Investigation Unit, Charles Hynes, of the
Brooklyn District Attorneys Office,
Defendants.

TRIAL BY JURY DEMAND
YES  X

ROSS, J.
BLOOM, M.J.

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (X)

    B. If your answer to A is yes, describe the lawsuit in the space below (If there is more than one alwsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiffs: Christopher Tirado

        Defendants: Bergen County Office of the Public Defender

        2. Court (if federal court, name the district;
           if state court name the county.)
        Bergen County Court, 10 Main Street, Hackensack, New Jersey 07601

        3. Docket Number: Unknown at this time

3

4. Name of Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: <u>Bergen County Jail, 160 S. River St., N.J. 07601</u>

   A. Is there a prisoner grievance procedure in this institution? Yes (x) No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ( ) No (x)  Not applicable

   C. If you answer is YES;

      1. What steps did you take? _____

      2. What was the result? _____

   D. If you answer is NO, explain why not <u>The issue is not applicable to jail authorities as the siuation occured in the presence of the above names custody</u>

   E. If there is no prison grievance procedure in the institution, did you complaint to prison authorities? Yes ( ) No (x)

   F. If you answer is YES,

      1. What steps did you take? _____

      2. What was the result? _____

III. Parties

   (In item A below, place your name in the first blank and place our present address in the second blank. Do the same for additional plaintiffs, if any.)

4

Kindly list all defendants to this lawsuit and the address at which each may be served. If you do not provide an address for a defendant, that defendant will <u>not</u> be served.

Defendant No. 1    Mr. Charles Hynes, Brooklyn District Attorney
                   350 Jay St., District Attorneys Office
                   Brooklyn, N.Y. 11201, 16th Floor

Defendant No. 2    Greg Deboers, Special Investigator
                   350 Jay St., District Attorneys Office
                   Brooklyn, N.Y. 11201, 16th Floor

Defendant No. 3    Sean- Last Name Unknown, Special Investigator
                   350 Jay St., District Attorneys Office
                   Brooklyn, N.Y. 11201, 16th Floor

Defendant No. 4    Diego Rivera, Special Investigator
                   350 Jay St., District Attorneys Office
                   Brooklyn, N.Y. 11201, 16th Floor

Defendant No. 5    Commander of the Special Investigation Unit
                   350 Jay St., District Attorneys Office
                   Brooklyn, N.Y. 11201, 16th Floor

2

A. Name of plaintiff: Christopher Tirado
Address: 160 South River Street
Hackensack, New Jersey 07601
Bergen County Jail, I.D. # D-08346

(In item B Below, place the full name of the defendants in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. The Brooklyn District Attorneys Office at 350 Jay Street, Brooklyn, New York 11201, 16th Floor, employs Defendant Greg Deboers as a Special Investigator.

C. The Brooklyn District Attorneys Office at 350 Jay Street, Brooklyn, New York 11201, 16th Floor, employs Defendant Sean- "Last name Unknown" as a Special Investigator.

The Brooklyn District Attorneys Office at 350 Jay Street, Brooklyn, New York 11201, 16th Floor, employs Defendant Diego Rivera as a Special Investigator.

Defendant "Commander of the Special Investigation Unit" is employed as the commander of the Special Investigation Unit by the Brooklyn District Attorneys Office at 350 Jay Street, Brooklyn, New York 11201, 16th Floor.

Defendant Charles Hynes is employed as the Brooklyn New York District Attorney at 350 Jay Street, Brooklyn, New York 11201.

IV. Statement of claim:
(State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also, the names of other persons involved, dates and places. Do not give legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much as you need. Attach additional 8 ½ x 11 sheets, if necessary.)

On October 29, 2001, the Defendants Greg Deboers, and Sean "Last name Unknown" did in their official positions as Special Investigators of the Brooklyn District Attorneys Special Investigations Unit come and pick the up plaintiff: Christopher Tirado, from the custody of the Cliffside Park New Jersey Police

Department. Greg Deboers and Sean "Last Name Unknown" came in an Official Chevy Suburban Blue Suv. The plaintiff did not call Greg Deboers or Sean "Last Name Unknown" or any of the District Attorneys Officers of Brooklyn New York asking to be picked up. The defendants had no reason to pick up the plaintiff, and there was no warrant for the arrest of the plaintiff from the state of New York, nor was the plaintiff wanted for questioning for any crimes in the state of New York. The defendants came and took the plaintiff from the custody of Cliffside Park Police, denying the plaintiff his freedom, denying the plaintiff access to his home, denying the plaintiff access to needed medication, denying the plaintiff access to phone calls legal or personal, illegally incarcerating the plaintiff, and illegally extraditing the plaintiff across state lines from the state of New Jersey to the state of New York. Once in the state of New York the defendants Greg Deboers and Sean "Last Name Unknown" and all other defendants named above, proceeded to place the plaintiff in custody, and illegally incarcerate the plaintiff, in their official capacity of Special Investigators for the Brooklyn District Attorneys Office. Plaintiff was brought to the Brooklyn district Attorneys Office and placed in a "holding cell" for several hours being coerced to take a "Polygraph Lie Detector Test" by Greg Deboers, Sean "Last Name Unknown", Diego Rivera, And several other personnel of the Special Investigations Unit, including the Commander whose name plaintiff is unable to remember at this time. Defendants never read plaintiff his Miranda warnings. Defendants held the plaintiff in custody from 9 a.m., until 7 p.m. at the behest of the Bergen County Prosecutors Office while the Bergen County Prosecutors Office got an arrest warrant for the plaintiff. The plaintiff was arrested by the Bergen County Prosecutors Office as a result of being illegally detained by the defendants. As a result of the illegal incarceration by the defendants, plaintiff was coerced into making statements without being read Miranda warnings. Plaintiff was illegally extradited back to the state of New Jersey, as a result of defendant's illegal incarceration, and plaintiff has been illegally incarcerated since.

V. Relief:

(State briefly exactly what you want the court to do for you.
Make no legal arguments. Cite no cases or statutes.)

Plaintiff Christopher Tirado seeks the following relief: plaintiff asks the court to bring the plaintiff back to the state of New York and to release the plaintiff from his illegal incarceration and grant the plaintiff his freedom. Plaintiff asks the court to do a full investigation of the illegal acts of the above named defendants, and where applicable, to press criminal charges against the defendants. Plaintiff asks the court to do a complete and full investigation of the Brooklyn New York Criminal Court, specifically the procedures behind the plaintiffs' illegal incarceration and as a result: the plaintiffs' illegal extradition. Plaintiff asks the Court to investigate the illegal collaboration, and Machiavellian tactics employed by the Brooklyn District Attorneys Office, namely the Special Investigations Unit. Plaintiff also seeks monetary reparation in the amount of $ 100 million dollars for pain, suffering, mental anguish, and loss of family ties.

Signed this 21st day of October 2003.
I, Christopher Tirado declare under the penalty of perjury that the foregoing is true and correct.

*Christopher Tirado*
Signature of Plaintiff
Christopher Tirado

April 16th, 1967
Plaintiffs Date of Birth

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
Social Security Number

6